JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando Alejandro,<br><br>       Plaintiff,<br><br>   vs.<br><br>Earl Glass; CRST Expedited, Inc. (a corporation); and DOES 1 through 100, Inclusive,<br><br>       Defendants. | **CASE NO.: 5:23-cv-02623-ODW-SHK**<br><br>**ORDER REMANDING CASE TO RIVERSIDE COUNTY SUPERIOR COURT** |

Having considered the stipulation between Plaintiff, ARMANDO ALEJANDRO and Defendant, EARL GLASS, and good cause appearing:

IT IS HEREBY ORDERED that, based on the "Forum Defendant Rule," this matter is remanded to the Riverside County Superior Court, Riverside Historic Courthouse.

///
///
///
///

-1-

_____

**[PROPOSED] ORDER REMANDING CASE TO
RIVERSIDE COUNTY SUPERIOR COURT**

1    IT IS HEREBY ORDERED that Defendant shall pay Court fees, if any,

2   associated with the remand, including copying costs of the Court's file to be

3   forwarded to the Riverside County Superior Court, Riverside Historic Courthouse.

4

5   Dated: _____January 18, 2024_____    _____

6                                            Otis D. Wright II
                                             U.S. District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER REMANDING CASE TO
RIVERSIDE COUNTY SUPERIOR COURT**